UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2006 OCT 13 P 12: 13

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA FOR AN )<br>ORDER (1) AUTHORIZING THE INSTALLATION )<br>AND USE OF A PEN REGISTER AND A TRAP )<br>AND TRACE DEVICE, FOR CELLULAR )<br>TELEPHONE NUMBER (520) 869-6447, )<br>ESN 05507863377, AND (2) AUTHORIZING )<br>RELEASE OF SUBSCRIBER INFORMATION, )<br>CELL SITE AND OTHER INFORMATION )<br>RELATED TO CELLULAR TELEPHONE NUMBER )<br>(520) 869-6447, ESN 05507863377 ) | 3:06-MJ-2079<br><br>06 CR 100 |

## ORDER TO UNSEAL

Upon motion of the United States of America, and for good cause shown, the application, affidavit and order filed in the above-styled case are hereby ORDERED unsealed.

The motion submitted by the government in support of this Order is also ORDERED unsealed.

ENTER:

_____
C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE